UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

BETTY SPRUELL,   No. 10-11877

                Debtor(s).
_____/

ORDER TO SHOW CAUSE
_____

TO: GEORGE HOLLAND, JR., Attorney for Debtor:

    On May 18, 2010, you filed a skeleton petition in this case and failed to file a verified list of creditors and a statement of social security number which are required documents to be filed **with every petition** pursuant to Rules 1007(a)(1) and 1007(f) of the Federal Rules of Bankruptcy Procedure and General Order 13.

    YOU ARE THEREFORE ORDERED TO APPEAR before this court, located at 99 South E Street, Santa Rosa, California, at 9:00 A.M. on June 4, 2010, then and there to be examined as to your conduct and show cause why you should not be sanctioned. Belated compliance will not excuse your appearance.

    FAILURE TO APPEAR will result in a suspension of your electronic filing privileges for up to 180 days, as well as a monetary fine.

1

1  PENDING SAID HEARING, and effective immediately, you and your agents and employees
2  are hereby enjoined from commencing any bankruptcy on behalf of any individual or individuals IN
3  ANY COURT without a properly verified list of creditors and a statement of social security number.
4  These items must be filed with the petition, and are not subject to the 14-day grace period set forth in
5  Rule 1007(c).
6  Dated: May 26, 2010

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge