| | |
|---|---|
| 1 | Arturo E. Matthews, Jr. (SBN #145232) |
| 2 | **BURNETT & MATTHEWS LLP** |
|   | 4675 MacArthur Court, Suite 1540 |
| 3 | Newport Beach, California 92660 |
|   | Telephone: (949) 975-1980 |
| 4 | Facsimile: (949) 975-1988 |

Attorneys for Movant ONEWEST BANK, FSB F/K/A INDYMAC BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 10-11877-AJ |
| BETTIE SPRUILL, | DC No. AEM-1 |
| Debtor(s). | CHAPTER 13 |
| ONEWEST BANK, FSB F/K/A INDYMAC BANK, | **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN** |
| Movant, | |
| v. | Confirmation Hearing: |
| BETTIE SPRUILL, Debtor(s); DAVID BURCHARD, Chapter 13 Trustee; | Date: August 23, 2010 |
| Respondents. | Time: 1:30 p.m. |
| | Place: 99 South E Street |
| | Santa Rosa, CA 95404 |
| | Judge: Jaroslovsky |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE; THE DEBTOR, DEBTOR'S COUNSEL, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Secured Creditor OneWest Bank, FSB f/k/a Indymac Bank ("Movant") hereby objects to confirmation of the Debtor's Chapter 13 Plan and in connection therewith requests that confirmation of the Plan be denied or the case dismissed on the grounds set forth herein.

1. On or about June 13, 2006, Debtor Bettie Spruill executed a Promissory Note ("Note") in favor of Movant in the original principal sum of $712,000.00. The Note is secured by a Deed of Trust over real property owned by the Debtor and located 34 Tierra Vista Way, San Rafael,

1 | CA 94901.

2. As of the date this bankruptcy case was filed, the Debtor owed pre-petition arrears to Movant in the sum of $35,556.34 as set forth in the Proof of Claim filed by Movant. A true and correct copy of the Proof of Claim is attached to the Declaration of Arturo E. Matthews, Jr. as Exhibit "A" and incorporated herein by reference.

3. Debtor's proposed Chapter 13 Plan does not provide for payment of any of Movant's pre-petition arrears.

4. Movant respectfully submits that confirmation of the Debtor's Plan should be denied unless the Debtor adequately provides for payment of Movant's pre-petition arrears in full.

Dated: June 25, 2010

BURNETT & MATTHEWS LLP

By: /s/ Arturo E. Matthews, Jr.
Arturo E. Matthews, Jr.,
Attorneys for Secured Creditor
ONEWEST BANK, FSB F/K/A INDYMAC BANK