ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>BETTIE SPRUILL,<br><br>　　　　　　Debtor.<br>_____<br>JPMORGAN CHASE BANK, NATIONAL ASSOCATION, and its successors and/or assignees,<br><br>　　　　　　Movant,<br><br>vs.<br><br>BETTIE SPRUILL, Debtor, BRUCE NORHAGEN and NORA NORHAGEN, Co-Debtors and David Burchard, Trustee<br><br>　　　　　　Respondents.<br>_____ | Bankruptcy Case No. 10-11877<br><br>RS No.   ETL-319<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON JPMORGAN CHASE BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE:  August 26, 2010<br>TIME:  9:00 a.m. |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

　　　　　PLEASE TAKE NOTICE that JPMORGAN CHASE BANK, NATIONAL ASSOCATION, and its successors and/or assignees ("JPMORGAN CHASE BANK"), has filed the attached Motion For Relief From The Automatic Stay (the "Motion") in the above-entitled and numbered Chapter 13 case. The Motion will be heard before the Honorable ALAN JAROSLOVSKY on August 26, 2010 at 9:00 a.m., in Courtroom , at the United States Bankruptcy Court located at 99

South E Street, Santa Rosa, California.

Pursuant to Local Bankruptcy Rule 4001-1(a) respondents opposing the Motion shall appear personally or by counsel at the hearing. Respondents will not be required to, but may, file responsive pleadings, points and authorities, and declaration for any preliminary hearing.

DATED: August 4, 2010

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ *Erica T. Loftis*
    ERICA T. LOFTIS
    Attorneys for Movant