# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

**In re** No.: 10-11877

**Bettie Spruill,** Chapter: 13

Debtor(s). /

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come on regularly for confirmation hearing, and

X the debtor(s) having failed to appear.

X the debtor(s) having failed to make plan payments.

() it appearing that the debtor(s) are not eligible for Chapter 13.

() it appearing that the debtor(s) cannot propose a confirmable plan.

() the debtor(s) having failed to comply with the trustee's reasonable requests for information.

() the debtor(s) having voluntarily requested dismissal.

IT IS ORDERED that the above Chapter 13 case is dismissed.

Dated: August 24, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge