**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Bettie Spruill | Case No.: 10–11877 AJ 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 8/24/10 dismissing the above−captioned case.

Dated: 8/24/10

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 33