```
1  ERICA T. LOFTIS, #259286
2  MALCOLM ♦ CISNEROS, A Law Corporation
   2112 Business Center Drive, Second Floor
3  Irvine, California  92612
   (949) 252-9400 (TELEPHONE)
4  (949) 252-1032 (FACSIMILE)
   Email: erica.loftis@mclaw.org
5
6  Attorneys for Movant
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | ) Bankruptcy Case No. 10-11877 |
| BETTIE SPRUILL, | ) RS No.  ETL-319 |
| Debtor. | ) Chapter 13 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCATION, and its successors and/or assignees, | ) CERTIFICATE OF SERVICE |
| Movant, | ) HEARING DATE: |
| vs. | ) DATE:  August 26, 2010 |
| | ) TIME:  9:00 a.m. |
| BETTIE SPRUILL, Debtor, BRUCE NORHAGEN and NORA NORHAGEN, Co-Debtors, and David Burchard, Trustee, | ) |
| Respondents. | ) |

I, James Le, declare:

1. I am employed by the law firm of MALCOLM ♦ CISNEROS, A Law Corporation, in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California 92612.  I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

2. On August 27, 2010, I served the following document described as:

   - **PROPOSED ORDER TERMINATING STAY**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2010, at Irvine, California.

/s/James Le
JAMES LE

# SERVICE LIST
## BETTIE SPRUILL
## CASE NO. 10-11877

**DEBTOR:**
BETTIE SPRUILL
34 Tierra Vista Way
San Rafael CA 94901

**DEBTOR'S ATTORNEY:**
George Holland Jr.
Law Office of George Holland Jr.
1970 Broadway Street, #1030
Oakland CA 94612

**CHAPTER 13 TRUSTEE:**
David Burchard
393 Vintage Park Drive, Ste 150
Foster City CA 94404

**CO-DEBTORS:**
BRUCE NORHAGEN AND NORA NORHAGEN
1518 Mountcrest Avenue
Los Angeles, CA 90069