

Signed: August 27, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: erica.loftis@mclaw.org

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re

BETTIE SPRUILL,

         Debtor.

_____

JPMORGAN CHASE BANK, NATIONAL ASSOCATION, and its successors and/or assignees,

         Movant,

vs.

BETTIE SPRUILL, Debtor, BRUCE NORHAGEN and NORA NORHAGEN, Co-Debtors, and David Burchard, Trustee,

         Respondents.

Bankruptcy No. 10-11877

RS No. ETL-319

Chapter 13

**ORDER TERMINATING AUTOMATIC STAY**

HEARING DATE:
DATE: August 26, 2010
TIME: 9:00 a.m.

    A Motion For Relief From The Automatic Stay was noticed in the within matter and filed by JPMORGAN CHASE BANK, NATIONAL ASSOCATION, and its successors and/or assignees ("Movant"). Said Motion was heard before the Honorable ALAN JAROSLOVSKY, United States Bankruptcy Judge on August 26, 2010. There was no pleading in opposition filed by the Debtor, BETTIE SPRUILL, Co-Debtors, BRUCE NORHAGEN and NORA NORHAGEN or the Trustee, David Burchard.

    The Court, having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the automatic stay

herein, hereby makes its Order as follows:

IT IS HEREBY ORDERED that in regard to the real property located at 1518 Mountcrest Avenue, Los Angeles CA 90069 the automatic stay is terminated as to the Debtor and the Bankruptcy Estate and Movant may proceed with and consummate its foreclosure proceedings in all respects, and/or fully enforce all of its rights under its Note and Deed of Trust and Movant may further take any acts or institute and complete any proceedings necessary to obtain possession of the above real property in the event Movant is the successful purchaser of such property at foreclosure sale or in the event Movant otherwise acquires title to such property. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER **